Official Form 6D (10/06)

In re  **FRENCH QUARTER, INC.**  
                                   Debtor

Case No. __07-51126-GWZ__

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community — H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

__0__ continuation sheets attached

Subtotal (Total of this page)

Total (Report on Summary of Schedules)   0.00   0.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Official Form 6E (4/07)

In re **FRENCH QUARTER, INC.** ,
                             Debtor

Case No. **07-51126-GWZ**

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trust or the order for relief. 11 U.S.C. § 507(a)(3).

☒ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                            **8** continuation sheets attached

In re  **FRENCH QUARTER, INC.**  , Case No. **07-51126-GWZ**
Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>BAILEY KETCHUM<br>5401 TROPICAL TOUCAN AVE<br>Las Vegas, NV 89130 | | - | | | | | 1,787.66 | 0.00 | 1,787.66 |
| Account No.<br><br>CHERRY PANGILNAN<br>3355 S ARVILLE #14<br>Las Vegas, NV 89102 | | - | | | | | 816.01 | 0.00 | 816.01 |
| Account No.<br><br>CHRISTINA PEEBLES<br>5018 S RAINBOW BLVD # 105<br>Las Vegas, NV 89118 | | - | | | | | 407.89 | 0.00 | 407.89 |
| Account No.<br><br>DANIELLE LARSEN<br>7245 W LA MORRE WAY<br>Las Vegas, NV 89149 | | - | | | | | 369.46 | 0.00 | 369.46 |
| Account No.<br><br>EDWARD TIONGSON<br>8768 TOM NOON AVE #102<br>Las Vegas, NV 89178 | | - | | | | | 343.56 | 0.00 | 343.56 |
| Sheet **1** of **8** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | | | | | | Subtotal<br>(Total of this page) | 3,724.58 | 0.00 | 3,724.58 |

In re  **FRENCH QUARTER, INC.**, Debtor          Case No. __07-51126-GWZ__

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> FRED SAENGCHALERN <br> 1629 OLIVE PALM CIRCLE <br> Las Vegas, NV 89128 | | - | | | | | 376.55 | 0.00 | 376.55 |
| Account No. <br><br> GEORGE LONDONO <br> 65 DESERT RAIN LANE <br> Henderson, NV 89074 | | - | | | | | 22.16 | 0.00 | 22.16 |
| Account No. <br><br> IAN KOHOUTEK <br> 2379 WINTER CLIFF STREET <br> Henderson, NV 89052 | | - | | | | | 2,500.00 | 0.00 | 2,500.00 |
| Account No. <br><br> JAMES PIEPRZYCA <br> 5031 PINE MOUNTAIN AVE <br> Las Vegas, NV 89139 | | - | | | | | 19,230.75 | 0.00 | 19,230.75 |
| Account No. <br><br> JAMES SCHWEPPE <br> 315 E. FORD STREET <br> Las Vegas, NV 89123 | | - | | | | | 2,058.94 | 0.00 | 2,058.94 |
| Sheet _2_ of _8_ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | | | | | | Subtotal (Total of this page) | 24,188.40 | 0.00 | 24,188.40 |

In re   **FRENCH QUARTER, INC.**                                                                 Case No.   **07-51126-GWZ**
                                          Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>JENIA BARNEY<br>1068 SILVER RIBBON COURT<br>Las Vegas, NV 89142 | | - | | | | | 59.29 | 0.00 | 59.29 |
| Account No.<br><br>JOSEPH BALLEW<br>5154 S. JONES BLVD #204<br>Las Vegas, NV 89118 | | - | | | | | 153.51 | 0.00 | 153.51 |
| Account No.<br><br>KEVIN MORSE<br>10476 COSENZA LANE<br>Las Vegas, NV 89141 | | - | | | | | 25.36 | 0.00 | 25.36 |
| Account No.<br><br>L ROCCO BALDENEGRO<br>6504 RAVEN HALL STREET<br>North Las Vegas, NV 89084 | | - | | | | | 50.10 | 0.00 | 50.10 |
| Account No.<br><br>MARIA LIZA BRILLANTES<br>4485 PENNWOOD AVE #240<br>Las Vegas, NV 89103 | | - | | | | | 250.80 | 0.00 | 250.80 |
| Sheet **3** of **8** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | | | | | | Subtotal<br>(Total of this page) | 539.06 | 0.00 | 539.06 |

In re **FRENCH QUARTER, INC.**, Debtor

Case No. **07-51126-GWZ**

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>**MARK HEBB**<br>1006 LONE PINE RIVER<br>Henderson, NV 89002 | | - | | | | | 65.38 | 0.00 | 65.38 |
| Account No.<br>**MARLA WEINER**<br>3864 ATLANTIS STREET<br>Las Vegas, NV 89121 | | - | | | | | 1,700.00 | 0.00 | 1,700.00 |
| Account No.<br>**MATTHEW PEREZ**<br>1542 BERENDO DRIVE<br>Las Vegas, NV 89123 | | - | | | | | 352.22 | 0.00 | 352.22 |
| Account No.<br>**MICHAEL RADTKE**<br>5076 S RAINBOW BLVD #206<br>Las Vegas, NV 89118 | | - | | | | | 38.79 | 0.00 | 38.79 |
| Account No.<br>**MICHELLE MALLOY**<br>1011 HUNTERS RIDGE WAY<br>North Las Vegas, NV 89032 | | - | | | | | 765.84 | 0.00 | 765.84 |

Sheet **4** of **8** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) | 2,922.23 | 0.00 | 2,922.23

In re  FRENCH QUARTER, INC.                                  Case No. __07-51126-GWZ__
                                       Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>OSCAR PARKER<br>3875 CAMBRIDGE<br>Las Vegas, NV 89119 | | - | | | | | 39.02 | 0.00 | 39.02 |
| Account No.<br>RICHARD MOORE<br>5130 S FT. APACHE ROAD<br>215-105<br>Las Vegas, NV 89148 | | - | | | | | 106.67 | 0.00 | 106.67 |
| Account No.<br>RUSSELL OSADA<br>9657 ODDA WAY<br>Las Vegas, NV 89117 | | - | | | | | 116.35 | 0.00 | 116.35 |
| Account No.<br>RYAN JOLLEY<br>6778 SHELTER LANE<br>Las Vegas, NV 89103 | | - | | | | | 117.10 | 0.00 | 117.10 |
| Account No.<br>SHAWN GRENIER<br>7205 GRASSWOOD DRIVE<br>Las Vegas, NV 89147 | | - | | | | | 220.69 | 0.00 | 220.69 |
| Sheet 5 of 8 continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | | | | | | Subtotal<br>(Total of this page) | 599.83 | 0.00 | 599.83 |

Official Form 6E (4/07) - Cont.

In re  **FRENCH QUARTER, INC.**, Debtor

Case No.  **07-51126-GWZ**

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>**WILLIAM PEGG**<br>**6520 CHATTERER STREET**<br>**North Las Vegas, NV 89084** | | - | | | | | 450.00 | 0.00 | 450.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **6** of **8** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    450.00    0.00    450.00

In re  FRENCH QUARTER, INC. ,  Case No. __07-51126-GWZ__
Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. License # xxxxxxx-xx6-102<br><br>CLARK COUNTY NEVADA<br>DEPT. OF BUSINESS LICENSE<br>500 S. GRAND CENTRAL PKWY 3RD FL<br>PO BOX 551810<br>Las Vegas, NV 89155 | | - | BUSINESS LICENSE | | | | 850.00 | 0.00 | 850.00 |
| Account No.<br><br>CLARK COUNTY NEVADA WATER RECLAMATION<br>P.O. BOX 98526<br>LAS VEGAS, NV 89193-8526 | | - | UTILITY SERVICES | | | | 3,596.07 | 0.00 | 3,596.07 |
| Account No. xxxxxx4110<br><br>LAS VEGAS VALLEY WATER DISTRICT<br>1001 SOUTH VALLEY VIEW BLVD.<br>LAS VEGAS, NV 89153 | | - | UTILITY SERVICES | | | | 4,460.54 | 0.00 | 4,460.54 |
| Account No. LICENSE # xxx-TX-xxxxxx2907<br><br>NEVADA DEPT. OF TAXATION<br>PO BOX 52674<br>Phoenix, AZ 85072-2674 | | - | MODIFIED BUSINESS TAX RETURN | | | | 9,153.61 | 0.00 | 9,153.61 |
| Account No. LIC # xxx-xxxxxx2907<br><br>NEVADA DEPT. OF TAXATION<br>BUSINESS LICENSE RENEWAL<br>PO BOX 52614<br>Phoenix, AZ 85072-2614 | | - | BUSINESS LICENSE RENEWAL TAX | | | | 100.00 | 0.00 | 100.00 |

Sheet _7_ of _8_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)  18,160.22  0.00  18,160.22

Official Form 6E (4/07) - Cont.

In re  **FRENCH QUARTER, INC.**, Debtor

Case No. **07-51126-GWZ**

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>NEVADA DEPT. OF TAXATION<br>C/O PROGROUP MANAGEMENT<br>175. S. SALIMAN ROAD<br>Carson City, NV 89701 | | - | WORKERS COMPENSATION TAXES AND PENALTIES | | | | 130,040.55 | 0.00 | 130,040.55 |
| Account No.<br>STATE OF NEVADA<br>BUSINESS LICENSE RENEWAL<br>PO BOX 52614<br>PHOENIX, AZ 85072-2614 | | - | Trade debt | | | | 100.00 | 0.00 | 100.00 |
| Account No. LIC # xxx-TX-xxxxxxxxx7-001<br>STATE OF NEVADA<br>PO BOX 52609<br>Phoenix, AZ 85072-2609 | | - | TRADE DEBT (SALES TAX) | | | | 94,125.91 | 0.00 | 94,125.91 |
| Account No. xxxx72.00<br>STATE OF NEVADA DEPT. OF EMPLOYMENT<br>EMPLOYMENT SECURITY DIVISION<br>500 EAST THIRD STREET<br>Carson City, NV 89713-0030 | | - | UNEMPLOYMENT TAXES | | | | 74,285.00 | 0.00 | 74,285.00 |
| Account No. xx-xxx2225<br>UNITED STATES TREASURY<br>IRS<br>Ogden, UT 84201-0039 | | - | 941 TAX PAYMENTS AND ESTIMATED PENALTIES | | | | 358,257.57 | 0.00 | 358,257.57 |

Sheet **8** of **8** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) 656,809.03 | 0.00 | 656,809.03

Total (Report on Summary of Schedules) 707,393.35 | 0.00 | 707,393.35