Official Form 6F (10/06)

In re    **FRENCH QUARTER, INC.**                                         Case No.    **07-51126-GWZ**
_____
                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> 944 <br> P.O. BOX 29104 <br> SANTA ANA, CA 92799 | - | | Trade debt | | | | 11,800.00 |
| Account No. **French Quarter** <br><br> A COMPANY, INC. <br> PO BOX 5702 <br> BOISE, ID 83705 | - | | Construction Debt | | | | 0.00 |
| Account No. <br><br> A&E ROOFING <br> 5961 McLEOD DR. <br> LAS VEGAS, NV 89120 | - | | Construction Debt | | | | 1,600.00 |
| Account No. **Men's Club** <br><br> A-1 SECURITY <br> 917 S. FIRST STREET <br> LAS VEGAS, NV 89101 | - | | Trade debt | | | | 510.00 |

**35**  continuation sheets attached

Subtotal
(Total of this page)                    13,910.00

Official Form 6F (10/06) - Cont.

In re    **FRENCH QUARTER, INC.**                                    Case No. __07-51126-GWZ__
_____.
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No. | | **Trade debt** | | | | | | |
| AAA - CALIFORNIA STATE AUTOMOBILE ASSN. P.O. BOX 51114 LOS ANGELES, CA 90051-5414 | - | | | | | | | 0.00 |
| Account No. | | **Trade debt** | | | | | | |
| AAA BAR & RESTAURANT SUPPLY 3775 E. SAHARA AVE. LAS VEGAS, NV 89104 | - | | | | | | | 0.00 |
| Account No. **MCLV** | | **Trade debt** | | | | | | |
| ABLE CARD CORP. 1720 FLOWER AVENUE DUARTE, CA 91010 | - | | | | | | | 0.00 |
| Account No. | | **Construction Debt** | | | | | | |
| ACCENT AWNING 1210 S. MAIN STREET LAS VEGAS, NV 89104 | - | | | | | | | 1,865.00 |
| Account No. | | **Trade debt** | | | | | | |
| ACTION PARTY RENTAL 4350 ARVILLE STREET LAS VEGAS, NV 89103 | - | | | | | | | 0.00 |

Sheet no. __1__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,865.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **FRENCH QUARTER, INC.**                                          Case No. __07-51126-GWZ__

                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Bx1850** <br><br> ADP, INC. <br> 7474 W. CHANDLER BLVD. <br> CHANDLER, AZ 85226 | | - | **Trade debt** | | | | 0.00 |
| Account No. <br><br> ADT SECURITY SERVICES, INC. <br> P.O. BOX 371956 <br> PITTSBURGH, PA 15250-7956 | | - | **Trade debt** | | | | 130.62 |
| Account No. <br><br> ADVANTAGE LEASING <br> NO FORWARDING ADDRESS | | - | Lease | | | | 0.00 |
| Account No. <br><br> ALAN WEXLER GROUP <br> 4740 S. VALLEY VIEW BLVD. <br> LAS VEGAS, NV 89103 | | - | **Trade debt** | | | | 10,500.00 |
| Account No. <br><br> ALARMCO, INC. <br> 2007 LAS VEGAS BLVD. <br> LAS VEGAS, NV 89104 | | - | Trade debt, monitoring | | | | 720.00 |

Sheet no. __2__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | Subtotal (Total of this page) | 11,350.62 |
|---|---|---|---|

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **FRENCH QUARTER, INC.**                                    Case No.    **07-51126-GWZ**

_____
                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **x7180** | | | | Trade debt | | | | |
| ALBERT USTER IMPORTS, INC. FILE #18926 c/o JAMES STEVENS & DANIELS 1283 COLLEGE PARK DRIVE DOVER, DE 19904 | | - | | | | | | 0.00 |
| Account No. | | | | Trade debt | | | | |
| ALCAN 3280 WYNN RD. SUITE 3 LAS VEGAS, NV 89102 | | - | | | | | | 200.42 |
| Account No. | | | | Trade debt | | | | |
| ALL ABOUT PRODUCE 3030 N. LAMB BLVD. #114 LAS VEGAS, NV 89115 | | - | | | | | | 1,251.02 |
| Account No. | | | | Trade debt | | | | |
| ARROW EXTERMINATORS 5965 HARRISON DRIVE SUITE 9 LAS VEGAS, NV 89120 | | - | | | | | | 145.00 |
| Account No. **xxx-xxB-xxxx-1451** | | | | Trade debt | | | | |
| AT&T P.O. BOX 660778 DALLAS, TX 75266-0778 | | - | | | | | | 49.75 |

Sheet no. **3** of **35** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,646.19**

Official Form 6F (10/06) - Cont.

In re    **FRENCH QUARTER, INC.**                              Case No. __07-51126-GWZ__

Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx71-00**<br><br>**BAKER COMMODITIES, INC.**<br>**THE GREASE COMPANY**<br>**5725 RANGE ROAD**<br>**LAS VEGAS, NV 89115** | | - | Trade debt | | | | 507.00 |
| Account No. **xxxxx7-001**<br><br>**BALBOA CAPITAL**<br>**2010 MAIN STREET**<br>**11TH FLOOR**<br>**IRVINE, CA 92614** | | - | Lease | | | | 0.00 |
| Account No. **xx3590**<br><br>**BERGELECTRIC CORP.**<br>**650 OPPER STREET**<br>**ESCONDIDO, CA 92029** | | - | Construction Debt | | | | 230,295.96 |
| Account No. **xxxxN-xxxxxx9476**<br><br>**BH SECURITY**<br>**330 E WARM SPRINGS RD.**<br>**LAS VEGAS, NV 89119** | | - | Trade debt | | | | 4,150.00 |
| Account No.<br><br>**BIRDIE, LLC**<br>**713 E. OGDEN AVE.**<br>**Las Vegas, NV 89101** | | - | Trade debt | | | | 27,000.00 |

Sheet no. __4__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **261,952.96**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **FRENCH QUARTER, INC.**                                                     Case No.    **07-51126-GWZ**
_____
                                   Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **LV-Men's Club**<br><br>**BMC FINE SPIRITS**<br>**4185 POST ROAD**<br>**SUITE E**<br>**LAS VEGAS, NV 89118** | | - | Trade debt | | | | 2,647.00 |
| Account No. **Men-001**<br><br>**BODY ZONE, INC.**<br>**2918 W. VIRGINIA AVE.**<br>**PHOENIX, AZ 85009** | | - | Trade debt | | | | 202.37 |
| Account No.<br><br>**BONANZA BEVERAGE COMPANY**<br>**6333 ENSWORTH STREET**<br>**LAS VEGAS, NV 89119** | | - | Trade debt | | | | 97.00 |
| Account No. **VA71E**<br><br>**BULBMAN LAS VEGAS**<br>**P.O. BOX 20818**<br>**RENO, NV 89515** | | - | Trade debt | | | | 186.24 |
| Account No.<br><br>**BURNEY'S COMMERCIAL SERVICE**<br>**4480 ADELBARAN AVENUE**<br>**LAS VEGAS, NV 89103** | | - | Trade debt | | | | 1,448.65 |

Sheet no. **5** of **35** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          4,581.26

Official Form 6F (10/06) - Cont.

In re      **FRENCH QUARTER, INC.**                                      Case No.    **07-51126-GWZ**
_____
                                Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **BUSINESS & LEGAL REPORTS 141 MILL ROCK ROAD EAST OLD SAYBROOK, CT 06475** | - | | Trade debt | | | | 534.95 |
| Account No.  **CAMBRIDGE CAPITAL 22800 SAVI RANCH PARKWAY SUITE 204 YORBA LINDA, CA 92887-4623** | - | | Lease | | | | 0.00 |
| Account No.  **CANEPA CONSTRUCTION & DEVELOPMENT 240 E. PLAZA STREET RENO, NV 89501** | - | | Mechanic Lien | | | | 1,500,000.00 |
| Account No. **Vx6367**  **CHEFS WAREHOUSE 3595 E. PATRICK AVE. SUITE 500 LAS VEGAS, NV 89120** | - | | Trade debt | | | | 840.55 |
| Account No. **Contract # xxxxx4906**  **CLEAR CHANNEL OUTDOOR 2880-B MEAD AVENUE SUITE 350 LAS VEGAS, NV 89102** | - | | Trade debt | | | | 6,250.00 |

Sheet no. __6__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,507,625.50

Official Form 6F (10/06) - Cont

In re    **FRENCH QUARTER, INC.**                                      Case No. __07-51126-GWZ__

                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Contract # 6451** <br><br>**CLEAR CHANNEL TAXI** <br>**20880 STONE OAK PARKWAY** <br>**SAN ANTONIO, TX 78258** | | - | **Trade debt** | | | X | 43,750.00 |
| Account No. <br><br>**CLUB SCENE** <br>**c/o LAWRENCE NATHAN ASSOCIATES** <br>**P.O. BOX 93070** <br>**Henderson, NV 89009-3070** | | - | **Trade debt** | | | X | 75,667.81 |
| Account No. **x0307** <br><br>**COORS OF LAS VEGAS** <br>**FILE 50335** <br>**1849 W CHEYENNE AVENUE** <br>**NORTH LAS VEGAS, NV 89032** | | - | **Trade debt** | | | | 2,041.97 |
| Account No. **xxxxx2558** <br><br>**CORPORATE EXPRESS** <br>**P.O. BOX 95708** <br>**CHICAGO, IL 60694-5708** | | - | **Trade debt** | | | | 1,305.63 |
| Account No. **xxx-xxx-xxx-xx9-000** <br><br>**COSTCO WHOLESALE** <br>**P.O. BOX 34783** <br>**SEATTLE, WA 98124-1783** | | - | **Trade debt** | | | | 270.00 |

Sheet no. __7__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       123,035.41

Official Form 6F (10/06) - Cont

In re    **FRENCH QUARTER, INC.**                              Case No. __07-51126-GWZ__

Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**COX COMMUNICATIONS**<br>PO BOX 6059<br>CYPRESS, CA 90630-0059 | | - | **Trade debt** | | | | 1,515.39 |
| Account No. **x5511**<br><br>**CUMMINS-ALLISON CORP.**<br>P.O. BOX 399<br>MOUNT PROSPECT, IL 60056 | | - | **Trade debt** | | | | 430.69 |
| Account No.<br><br>**D&B PROPERTIES**<br>690 E. PLUMB LANE, #100<br>RENO, NV 89502 | | - | **Loan** | | | X | 940,000.00 |
| Account No.<br><br>**DAKOTA PACKING, INC.**<br>DEPT. 1286<br>DENVER, CO 80256-0001 | | - | **Trade debt** | | | | 2,772.19 |
| Account No. **LEASE # xxxx9528**<br><br>**DELAGE LANDEN**<br>1111 OLD EAGLE SCHOOL ROAD<br>PO BOX 6608<br>Wayne, PA 19087-8608 | | - | **LEASE** | | | | 6,000.00 |

Sheet no. __8__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

950,718.27

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re    **FRENCH QUARTER, INC.**                                      Case No. __07-51126-GWZ__
_____
                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x0307**<br><br>**DeLUCA LIQUOR**<br>**FILE 50329**<br>**1849 W CHEYENNE AVENUE**<br>**NORTH LAS VEGAS, NV 89032** | | - | **Trade debt** | | | | 36,659.38 |
| Account No. **LICENSE # xxxxxxx-xx6-102**<br><br>**DEPT. OF BUSINESS LICENSE**<br>**500 S. GRAND CENTRAL PKWY 3RD FLOOR**<br>**PO BOX 551810**<br>**Las Vegas, NV 89155** | | - | **TRADE DEBT** | | | | 850.00 |
| Account No.<br><br>**DESERT FIRE PROTECTION**<br>**1919 INDUSTRIAL RD.**<br>**LAS VEGAS, NV 89102** | | - | **Construction Debt** | | | X | 60,093.08 |
| Account No. **x7017**<br><br>**DESERT MEATS & PROVISIONS**<br>**PO BOX 98680**<br>**LAS VEGAS, NV 89193-8680** | | - | **Trade debt** | | | | 1,720.68 |
| Account No. **x7017**<br><br>**DESERT POULTRY**<br>**PO BOX 98680**<br>**LAS VEGAS, NV 89193-8680** | | - | **Trade debt** | | | | 252.08 |

Sheet no. **9** of **35** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                99,575.22

Official Form 6F (10/06) - Cont.

In re   **FRENCH QUARTER, INC.**                                    Case No. __07-51126-GWZ__
_____
                        Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **DIAMOND WATER NO FORWARDING ADDRESS** | | - | **Construction Debt** | | | X | 3,450.00 |
| Account No. **DIAMONDBACK INSULATION, INC.** 9515 REDWOOD ST. LAS VEGAS, NV 89139 | | - | **Construction Debt** | | | | 7,800.00 |
| Account No. **xxxxx6213** **DIRECTV** P.O. BOX 60036 LOS ANGELES, CA 90060 | | - | **Trade debt** | | | | 161.71 |
| Account No. **E&E FIRE PROTECTION** 6380 S VALLEY VIEW #110 LAS VEGAS, NV 89118 | | - | **Trade debt** | | | | 90.00 |
| Account No. **ELLE DECOR** P.O. BOX 55850 BOULDER, CO 80322-5850 | | - | **Trade debt** | | | | 10.00 |

Sheet no. __10__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    11,511.71

Official Form 6F (10/06) - Cont

In re  **FRENCH QUARTER, INC.**                                        Case No. ___07-51126-GWZ___

                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>EMBARQ<br>PO BOX 660068<br>DALLAS, TX 75266-0068 | | - | | Trade debt | | | | 2,972.16 |
| Account No.<br><br>ENNIS JORDAN<br>2941 AUGUSTA DRIVE<br>LAS VEGAS, NV 89109 | | - | | Loan | | | | 950,000.00 |
| Account No. **EV2054**<br><br>EVANS NATIONAL LEASING, INC.<br>PO BOX 9003<br>HAMBURG, NY 14075-9998 | | - | | Lease | | | | 52,853.00 |
| Account No. **xxxxxxx1801**<br><br>F RODGERS SPECIALTY CONTRACTOR, INC.<br>3451 W. MARTIN AVE.<br>SUITE A<br>LAS VEGAS, NV 89118 | | - | | Construction Debt, Mechanic Lien | | | X | 56,610.54 |
| Account No.<br><br>FABIAN VILLA<br>2959 RINGE LANE<br>LAS VEGAS, NV 89156 | | - | | Loan | | | | 200,000.00 |

Sheet no. __11__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          1,262,435.70

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Official Form 6F (10/96) - Cont.

In re __FRENCH QUARTER, INC.__    Case No. __07-51126-GWZ__

Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx6100** <br><br> FERGUSON ENTERPRISES, INC. <br> 501 PARKSON RD. <br> HENDERSON, NV 89011 | - | | **Construction Debt** | | | | 8,650.36 |
| Account No. <br><br> FLOOR COATING CREATIONS, LLC <br> 920 BEAR GULCH CT <br> North Las Vegas, NV 89031 | - | | **CONSTRUCTION DEBT** | | | X | 2,000.00 |
| Account No. <br><br> FQ MEN'S CLUB OF RENO <br> 270 LAKE STREET <br> RENO, NV 89501 | - | | Loan | | | | 670,000.00 |
| Account No. **xxx1872** <br><br> G NEIL <br> P.O. BOX 451179 <br> SUNRISE, FL 33345-1179 | - | | | | | | 745.63 |
| Account No. **Invoice #xx9734B** <br><br> GARDEN & VALLEY ISLE SEAFOOD <br> 225 N. NIMITZ HWY <br> #3 <br> Honolulu, HI 96817 | - | | Trade debt | | | | 39.14 |

Sheet no. __12__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    681,435.13

In re   **FRENCH QUARTER, INC.**                          Case No. __07-51126-GWZ__

_____
                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **French 1** <br><br> **GATSKI COMMERCIAL REAL ESTATE SVCS** <br> **4755 DEAN MARTIN DRIVE** <br> **LAS VEGAS, NV 89103** | - | | Trade debt | | | | 4,985.50 |
| Account No. **Inv. # 5278** <br><br> **GO FAST NEVADA** <br> **NO FORWARDING ADDRESS** | - | | Trade debt | | | | 792.00 |
| Account No. **xxxxx8-001** <br><br> **GORDON & SILVER** <br> **3960 HOWARD HUGHES PKWY** <br> **9TH FLOOR** <br> **LAS VEGAS, NV 89169** | - | | Professional Legal Services | | | | 1,039.60 |
| Account No. <br><br> **HELIX ELECTRIC** <br> **3078 E. SUNSET RD.** <br> **LAS VEGAS, NV 89147** | - | | Construction Debt, Mechanic Lien | | | X | 245,180.70 |
| Account No. **xxx-11-88** <br><br> **HOMETEAM PEST DEFENSE, LLC** <br> **6450 CAMERON STREET** <br> **SUITE 100** <br> **LAS VEGAS, NV 89118-4337** | - | | Trade debt | | | | 70.00 |

Sheet no. __13__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **252,067.80**

Official Form 6F (10/06) - Cont.

In re   **FRENCH QUARTER, INC.**                           Case No. __07-51126-GWZ__
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>IAN KOHOUTEK<br>2379 WINTER CLIFFS STREET<br>Henderson, NV 89052 | | - | TRADE DEBT | | | | 20,000.00 |
| Account No. Alchemy Kitchen & Raw Bar<br><br>INGRID BENGIS SEAFOOD<br>PO BOX 421<br>STONINGTON, ME 04681 | | - | Trade debt | | | | 278.85 |
| Account No.<br><br>INTERNATIONAL MARINE PRODUCTS, INC.<br>500 E. 7TH STREET<br>LOS ANGELES, CA 90014 | | - | Trade debt | | | | 9,949.81 |
| Account No. xxx-0296<br><br>J & P WHOLESALE & IMPORTS<br>PO BOX 19299<br>LAS VEGAS, NV 89132-0299 | | - | Trade debt | | | X | 30,919.70 |
| Account No.<br><br>JACK GALARDI<br>c/o JOHN A. CURTAS, ESQ.<br>3275 S. JONES BLVD., #105<br>Las Vegas, NV 89146 | | - | Notice Only | | | | 0.00 |

Sheet no. __14__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **61,148.36**

Official Form 6F (10/06) - Cont

In re    **FRENCH QUARTER, INC.**                                     Case No. __07-51126-GWZ__

Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **L-5425**<br><br>**JFC INTERNATIONAL**<br>**4353 EXCHANGE AVENUE**<br>**LOS ANGELES, CA 90058-2619** | | - | **Trade debt** | | | | 1,111.00 |
| Account No. **xx9101**<br><br>**LA SPECIALTY**<br>**PO BOX 2293**<br>**SANTA FE SPRINGS, CA 90670** | | - | **Trade debt** | | | | 3,335.45 |
| Account No. **xx9055**<br><br>**LAMAR TEXAS LIMITED PARTNERSHIP**<br>**PO BOX 96030**<br>**BATON ROUGE, LA 70896** | | - | **Trade debt** | | | | 5,000.00 |
| Account No. **Alchemy Kitchen & Raw Bar**<br><br>**LAS VEGAS FOOD & BEVERAGE MAGAZINE**<br>**3280 WEST HACIENDA**<br>**#206**<br>**LAS VEGAS, NV 89118** | | - | **Trade debt** | | | | 10,416.65 |
| Account No.<br><br>**LAS VEGAS PRINTING PRESS**<br>**3070 WEST POST RD.**<br>**LAS VEGAS, NV 89118** | | - | **Trade debt** | | | | 6,793.05 |

Sheet no. __15__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **26,656.15**

Official Form 6F (10/06) - Cont.

In re     **FRENCH QUARTER, INC.**                                          Case No. ___07-51126-GWZ___
_____
                                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8280**<br><br>**LAS VEGAS REVIEW JOURNAL NEWSPAPER**<br>**1111 W. BONANZA RD.**<br>**LAS VEGAS, NV 89106** | | - | **Trade debt** | | | | 27,080.98 |
| Account No. **xxx-x13-83**<br><br>**LAS VEGAS WEEKLY**<br>**2290 CORPORATE CIRCLE**<br>**SUITE 250**<br>**HENDERSON, NV 89074** | | - | **Trade debt** | | | X | 41,274.00 |
| Account No.<br><br>**LAS VEGAS WROUGHT IRON, INC.**<br>**2959 RINGE LANE**<br>**LAS VEGAS, NV 89156** | | - | **Construction Debt** | | | | 90,910.50 |
| Account No. **Inv. #59**<br><br>**LIGHTING DESIGN CONCEPTS**<br>**8251 HUXLEY STREET**<br>**LAS VEGAS, NV 89123** | | - | **Construction Debt** | | | | 3,900.00 |
| Account No. **3500Men**<br><br>**LLOYD'S REFRIGERATION, INC.**<br>**3550 W. TOMPKINS**<br>**Las Vegas, NV 89103** | | - | **TRADE DEBT** | | | | 0.00 |

Sheet no. __16__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          163,165.48

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re      **FRENCH QUARTER, INC.**                                           Case No. ___07-51126-GWZ___

Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x5666**<br><br>**M & M WALLPAPER INSTALLATION, INC.**<br>**3315 E RUSSELLI RD.**<br>**A4-261**<br>**LAS VEGAS, NV 89120** | | - | **Construction Debt** | | | | 700.00 |
| Account No.<br><br>**MARCUS, PERRES, & BOXERMAN**<br>**19 SOUTH LASALLE ST**<br>**SUITE 1500**<br>**CHICAGO, IL 60603** | | - | **Professional** | | | | 1,733.20 |
| Account No.<br><br>**MARK E. FERRARIO, ESQ.**<br>**KUMMER KAEMPFER**<br>**3800 HOWARD HUGHES PKWY**<br>**7TH FLOOR**<br>**LAS VEGAS, NV 89169** | | - | **Notice Only** | | | | 0.00 |
| Account No.<br><br>**MARLA WEINER**<br>**4864 ATLANTIS STREET**<br>**Las Vegas, NV 89121** | | - | **TRADE DEBT** | | | | 10,000.00 |
| Account No.<br><br>**MARLIN LEASING CORP.**<br>**3720 DAVINCI COURT**<br>**SUITE 175**<br>**NORCROSS, GA 30092** | | - | **Lease** | | | | 19,980.00 |

Sheet no. __17__ of __35__ sheets attached to Schedule of       Subtotal
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)      32,413.20

Official Form 6F (10/06) - Cont.

In re    **FRENCH QUARTER, INC.**                                          Case No.    **07-51126-GWZ**
_____
                            Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Inv. # xx3110**<br><br>**MARUHANA USA CORP**<br>**4578 E 49TH STREET**<br>**LOS ANGELES, CA 90058** | | - | **Trade debt** | | | | 584.24 |
| Account No. **xxx5013**<br><br>**MASSIMO ZANETTI**<br>**5130 PARKWAY PLAZA BLVD.**<br>**PO BOX 890584**<br>**CHARLOTTE, NC 28289-0584** | | - | **Trade debt** | | | | 789.22 |
| Account No.<br><br>**MATTESON MEDIA GROUP**<br>**2255-A RENAISSANCE DRIVE**<br>**LAS VEGAS, NV 89119** | | - | **Trade debt** | | | X | 7,245.00 |
| Account No. **Inv. # xxxxxx and xx3327**<br><br>**MAXIMUM REFRIGERATION SPECIALISTS**<br>**4441 POLARIS AVENUE**<br>**LAS VEGAS, NV 89103** | | - | **Trade debt** | | | | 2,020.00 |
| Account No. **Inv. # 4324**<br><br>**MEDIA UNDERGROUND**<br>**3485 W HARMON AVENUE**<br>**SUITE 100**<br>**LAS VEGAS, NV 89103** | | - | **Trade debt** | | | | 550.00 |

Sheet no. __18__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    11,188.46

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **FRENCH QUARTER, INC.**                                            Case No.    **07-51126-GWZ**

Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  <br><br>MEDIAVAST<br>PO BOX 13587<br>NEWARK, NJ 07188-0587 | | - | Trade debt | | | | 800.00 |
| Account No. **Men's Club**  <br><br>MERCURY LDO<br>3325 PEPPER LANE<br>A4-261<br>Las Vegas, NV 89120 | | - | Trade debt | | | | 194.40 |
| Account No. **Inv. # 6777**  <br><br>METRO TRUCKING, INC.<br>4815 ALTO<br>LAS VEGAS, NV 89115 | | - | Trade debt | | | | 352.75 |
| Account No. **Men's Club**  <br><br>MICHAEL'S GOURMET PARTY<br>6265 S. VALLEY VIEW BLVD.<br>SUITE J<br>LAS VEGAS, NV 89118 | | - | Trade debt | | | | 206.06 |
| Account No.  <br><br>MIKE COKOR<br>1629 SAW TOOTH TRAIL<br>Reno, NV 89523 | | - | TRADE DEBT | | | | 50,000.00 |

Sheet no. __19__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    51,553.21

Official Form 6F (10/06) - Cont.

In re    **FRENCH QUARTER, INC.**                          Case No. __07-51126-GWZ__
_____
                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> MIKE MCCULLOUGH <br> 1935 DAVINA DRIVE <br> Henderson, NV 89074 | - | | LOAN | | | | 110,000.00 |
| Account No. **x0916** <br><br> MIKUNI WILD HARVEST PMB# 384 <br> 250 H STREET <br> BLAINE, WA 98230 | - | | Trade debt | | | | 5,638.05 |
| Account No. **xx0-100** <br><br> MISSION INDUSTRIES <br> 2300 N COMMERCE ST. <br> NORTH LAS VEGAS, NV 89030 | - | | Trade debt | | | | 3,654.81 |
| Account No. **xxxx0-000M** <br><br> MORAN LAW FIRM, LLC <br> 630 S. 4TH STREET <br> LAS VEGAS, NV 89101 | - | | Professional Legal Services | | | | 30,000.00 |
| Account No. **x7057** <br><br> MUTUAL TRADING CO., INC. <br> 431 CROCKER STREET <br> LOS ANGELES, CA 90013 | - | | Trade debt | | | | 665.45 |

Sheet no. __20__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **149,958.31**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re     **FRENCH QUARTER, INC.**                                                    Case No. __**07-51126-GWZ**__

Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**NAPLES POLARIS, LLC**<br>**c/o KUMMER KAEMPFER BONNER, et al.**<br>**3800 Howard Hughes Pkwy**<br>**Seventh Floor**<br>**Las Vegas, NV 89169** | | - | **Notice Only** | | | | 0.00 |
| Account No.<br><br>**NATIONAL GLASS & MIRROR**<br>**4275 W. BELL DRIVE**<br>**SUITE 9**<br>**LAS VEGAS, NV 89118** | | - | **Construction Debt, Mechanic Lien** | | | | 17,118.00 |
| Account No.<br><br>**NEC FINANCIAL SERVICES, INC.**<br>**GLENPOINTE CENTER EAST-7TH FLOOR**<br>**300 FRANK W. BURR BLVD.**<br>**TEANECK, NJ 07666-6782** | | - | **Lease** | | | | 275,342.33 |
| Account No. **x3749**<br><br>**NETVERSANT**<br>**DEPT. 9584**<br>**LOS ANGELES, CA 90084-9584** | | - | **Construction Debt** | | | | 2,635.37 |
| Account No. **xxx1563**<br><br>**NEVADA BEVERAGE COMPANY**<br>**PO BOX 93538**<br>**LAS VEGAS, NV 89193** | | - | **Trade debt** | | | | 693.01 |

Sheet no. __**21**__ of __**35**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      295,788.71

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re     **FRENCH QUARTER, INC.**                                    Case No. __07-51126-GWZ__

_____
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2468** <br><br> **NEVADA CASTERS** <br> **3725 W. RUSSELL ROAD** <br> **Las Vegas, NV 89118** | | - | **TRADE DEBT** | | | | 4,461.12 |
| Account No. **xxxxxxxxxxxxxxxx8121** <br><br> **NEVADA POWER** <br> **PO BOX 30086** <br> **RENO, NV 89520-3086** | | - | **Trade debt** | | | | 6,434.63 |
| Account No. <br><br> **NEVADA SIGN** <br> **3555 WEST NAPLES DR.** <br> **Las Vegas, NV 89103** | | - | **Mechanic Lien** | | | X | 31,502.22 |
| Account No. **xxxxx9001** <br><br> **NINYO & MOORE** <br> **5710 RUFFIN ROAD** <br> **SAN DIEGO, CA 92123** | | - | **Construction Debt** | | | | 6,786.25 |
| Account No. **# xxxx-3500 West** <br><br> **NORTHERN MECHANICAL, INC.** <br> **3340 SUNRISE AVE.** <br> **LAS VEGAS, NV 89101** | | - | **Construction Debt, Mechanic Lien** | | | X | 3,931.00 |

Sheet no. __22__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)               53,115.22

Official Form 6F (10/06) - Cont.

In re    **FRENCH QUARTER, INC.**                                    Case No. __07-51126-GWZ__
_____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx487 UV3**<br><br>NuCo2, INCORPORATED<br>P.O. BOX 9011<br>STUART, FL 34995 | | - | | Trade debt | | | | 352.43 |
| Account No.<br><br>OLD HOUSE<br>P.O. BOX 420924<br>PALM COAST, FL 32142-0924 | | - | | Trade debt | | | | 19.97 |
| Account No. **CUSTOMER # xx1070**<br><br>OUTWEST MEAT COMPANY<br>300 W. BONANZA ROAD<br>Las Vegas, NV 89106 | | - | | TRADE DEBT | | | | 184.51 |
| Account No. **The Men's Club**<br><br>P & P DISTRIBUTING<br>NO FORWARDING ADDRESS | | - | | TRADE DEBT | | | | 455.83 |
| Account No. **1069**<br><br>PAUL'S EXTERMINATION<br>6640 N DURANGO DR<br>SUITE 160-56<br>LAS VEGAS, NV 89149 | | - | | Trade debt | | | | 175.00 |

Sheet no. __23__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,187.74

Official Form 6F (10/06) - Cont.

In re    **FRENCH QUARTER, INC.**                                    Case No.    **07-51126-GWZ**
_____
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Carmen Electra - Mens Club**<br><br>PLATINUM RYE ENTERTAINMENT<br>22 WEST 21ST STREET<br>8TH FLOOR<br>NEW YORK, NY 10010 | | - | Trade debt | | | | 8,000.00 |
| Account No. **French Quarter**<br><br>PMC GLOBAL FINANCIAL GROUP, LLC<br>1720 E. WILSHIRE AVENUE<br>SANTA ANA, CA 92705 | | - | Lease | | | | 688,000.00 |
| Account No. **xxx329-8**<br><br>PROFESSIONAL DOCUMENT PRODUCTS<br>3371 W. OQUENDO RD.<br>LAS VEGAS, NV 89118 | | - | Trade debt | | | | 2,338.97 |
| Account No. **xxxxR/Cust # x3003**<br><br>PUGET SOUND LEASING<br>PO BOX 1295<br>ISSAQUAH, WA 98027 | | - | Lease | | | | 9,018.68 |
| Account No.<br><br>R.H. DONNELLEY<br>WESTON ONE<br>1001 WINSTEAD DRIVE<br>Cary, NC 27513 | | - | TRADE DEBT | | | | 1,968.37 |
| Sheet no. __24__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal<br>(Total of this page) | | 709,326.02 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont

In re    **FRENCH QUARTER, INC.**                                      Case No. __07-51126-GWZ__

Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No. **xxxxx5659**<br><br>R.H. DONNELLEY<br>8400<br>INNOVATION WAY<br>Chicago, IL 60682-0084 | | - | | **TRADE DEBT** | | | | 186.89 |
| Account No. **The Mens Club**<br><br>RACKETONLINE.com<br>4253 N SCOTTSDALE RD.<br>SCOTTSDALE, AZ 85251 | | - | | Trade debt | | | | 2,300.00 |
| Account No. **4130**<br><br>RED BULL<br>6630 ARROYO SPRINGS ST<br>#900<br>LAS VEGAS, NV 89113 | | - | | Trade debt | | | | 6,432.00 |
| Account No. **Mens Club; Inv. #xxxx5313**<br><br>REGENCY WINES<br>5430 S CAMERON<br>#106<br>LAS VEGAS, NV 89118 | | - | | Trade debt | | | | 2,183.50 |
| Account No.<br><br>RENTERIA FAMILY TRUST<br>1106 NAPA COURT<br>NAPA, CA 94559 | | - | | Loan | | | | 375,000.00 |

Sheet no. __25__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **386,102.39**

Official Form 6F (10/06) - Cont

In re    **FRENCH QUARTER, INC.**                                    Case No. __07-51126-GWZ__

                                   Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx xx-xxx0961**<br><br>**REPUBLIC SERVICES**<br>**PO BOX 98508**<br>**LAS VEGAS, NV 89193** | - | | | Trade debt | | | | 6,603.22 |
| Account No. **8702**<br><br>**RESCO LAS VEGAS**<br>**1300 E CHARLESTON BLVD**<br>**LAS VEGAS, NV 89104** | - | | | Trade debt | | | | 1,206.27 |
| Account No. **Mx1600**<br><br>**RESTAURANT NEWS**<br>**P.O. BOX 5038**<br>**BRENTWOOD, TN 37024** | - | | | Trade debt | | | | 44.95 |
| Account No.<br><br>**RICHARD SCHIELDS**<br>**690 E. PLUMB LANE**<br>**#100**<br>**RENO, NV 89502** | - | | | Trade debt | | | X | 0.00 |
| Account No. **Mens Club**<br><br>**RJB EQUIPMENT, INC.**<br>**4390 SOUTH POLARIS AVENUE**<br>**LAS VEGAS, NV 89103** | - | | | Construction Debt | | | | 1,596.86 |

Sheet no. __26__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         9,451.30

In re  **FRENCH QUARTER, INC.**                                     Case No.  **07-51126-GWZ**

Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x0571**<br><br>**ROSE BRAND**<br>**10616 LANARK ST.**<br>**SUN VALLEY, CA 91352** | | - | **Construction Debt** | | | | 241.37 |
| Account No. **French Quarter/Mens Club**<br><br>**ROTO ROOTER**<br>**5672 COLLECTIONS CENTER**<br>**CHICAGO, IL 60693** | | - | **Trade debt** | | | X | 3,551.19 |
| Account No.<br><br>**SALOMAN VILLAVICENCO**<br>**NO FORWARDING ADDRESS** | | - | **CONSTRUCTION DEBT** | | | | 95,000.00 |
| Account No. **Men's Club**<br><br>**SAME DAY BANNER**<br>**6635 S. EASTERN AVE.**<br>**SUITE 100**<br>**Las Vegas, NV 89119** | | - | **TRADE DEBT** | | | | 564.79 |
| Account No.<br><br>**SCHIELD FAMILY TRUST**<br>**RICHARD A. SCHIELD, TRUSTEE**<br>**690 E. PLUMB LANE**<br>**RENO, NV 89502** | | - | **Note** | | | X | 290,000.00 |

Sheet no. **27** of **35** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            389,357.35

Official Form 6F (10/06) - Cont.

In re    **FRENCH QUARTER, INC.**                                          Case No.    **07-51126-GWZ**
_____
                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community<br>DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx6488**<br><br>**SCHINDLER ELEVATOR**<br>**6265 S VALLEY VIEW BLVD.**<br>**SUITE H**<br>**LAS VEGAS, NV 89118** | | - | **Construction Debt** | | | X | 2,671.00 |
| Account No.<br><br>**SCOTT CANEPA**<br>**851 S. RAMPART BLVD.**<br>**LAS VEGAS, NV 89145** | | - | **Note** | | | | 110,000.00 |
| Account No.<br><br>**SOURWINE & SLOANE LTD**<br>**4950 KIETZKE LANE**<br>**STE 302**<br>**RENO, NV 89509-6555** | | - | **Professional** | | | | 1,251.65 |
| Account No.<br><br>**SOUTHERN WINE & SPIRITS**<br>**PO BOX 19299**<br>**LAS VEGAS, NV 89132-0299** | | - | **Trade debt** | | | | 34,848.03 |
| Account No.<br><br>**SOUTHWEST GAS CORPORATION**<br>**PO BOX 98890**<br>**LAS VEGAS, NV 89193-8890** | | - | **Trade debt** | | | | 1,033.09 |

Sheet no. __28__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    149,803.77

e
n
t

In re  **FRENCH QUARTER, INC.**                                    Case No. __07-51126-GWZ__

                                                   Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Men's Club** <br><br> SPECIALIZED TRANSPORT, LLC <br> 3025 MILL STREET <br> Reno, NV 89502 | | - | **TRADE DEBT** | | | | 600.00 |
| Account No. **xxxxx2270** <br><br> SPRINT <br> PO BOX 219100 <br> KANSAS CITY, MO 64121-9100 | | - | Trade debt | | | | 36.93 |
| Account No. **xx-xxx0692** <br><br> SQUIRREL SYSTEMS <br> 921 DIVISION ST <br> NASHVILLE, TN 37203 | | - | Trade debt | | | | 135.11 |
| Account No. **xxxx/xx5290** <br><br> STANDARD RESTAURANT EQUIPMENT CO. <br> PO BOX 65189 <br> SALT LAKE CITY, UT 84165 | | - | Trade debt | | | | 632.27 |
| Account No. **1827** <br><br> STATE RESTAURANT EQUIPMENT CO. <br> 3163 S HIGHLAND DRIVE <br> LAS VEGAS, NV 89109 | | - | Trade debt | | | | 2,098.57 |

Sheet no. __29__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **3,502.88**

In re   **FRENCH QUARTER, INC.**                              Case No. __07-51126-GWZ__

                                 Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>STEELE CERTIFIED PUBLIC ACCOUNTANTS<br>680 W NYE LANE<br>CARSON CITY, NV 89703 | | - | **Professional Accounting Services** | | | | 1,384.50 |
| Account No.<br>STETSON-BEEMER INSURANCE<br>RICHARD A. SCHIELD, PRESIDENT<br>690 E. PLUMB LANE<br>RENO, NV 89502 | | - | Note | | | X | 150,000.00 |
| Account No. **Men's Club**<br>STITCH IT ON, INC.<br>2000 LAS VEGAS BLVD. SOUTH<br>Las Vegas, NV 89104 | | - | **TRADE DEBT** | | | | 1,650.00 |
| Account No.<br>STRIP LAS VEGAS, LLC<br>8320 CHAPELLE CT.<br>LAS VEGAS, NV 89131 | | - | Trade debt | | | | 11,000.00 |
| Account No. **xx4627**<br>SUPREME LOBSTER<br>6065 POLARIS AVE<br>STE A<br>LAS VEGAS, NV 89118 | | - | Trade debt | | | | 2,903.40 |

Sheet no. __30__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **166,937.90**

Official Form 6F (10/06) - Cont

In re **FRENCH QUARTER, INC.**                           Case No. __07-51126-GWZ__
_____
                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **CUSTOMER # xxx8551**<br><br>SWISS CHALET FINE FOODS<br>9455 NW 40TH ST ROAD<br>Miami, FL 33178 | | - | **TRADE DEBT** | | | | 342.00 |
| Account No. **xx7927**<br><br>SYSCO FOOD SERVICES<br>6201 E CENTENNIAL PKWY<br>LAS VEGAS, NV 89115 | | - | Trade debt | | | | 1,783.43 |
| Account No. **xxxxx7988**<br><br>T-MOBILE<br>P.O. BOX 51843<br>LOS ANGELES, CA 90051-6143 | | - | Trade debt | | | | 6,345.01 |
| Account No. **3500 West Naples**<br><br>TETRUS BUILDING MATERIALS<br>3025 MILL STREET<br>RENO, NV 89502 | | - | Construction Debt | | | | 10,357.11 |
| Account No.<br><br>THE ORLEANS HOTEL & CASINO<br>4500 W. TROPICANA AVE.<br>Las Vegas, NV 89103 | | - | Trade debt | | | | 5,508.31 |

Sheet no. **31** of **35** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **24,335.86**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re      **FRENCH QUARTER, INC.**                                          Case No. ___**07-51126-GWZ**___

                                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **TRADE DEBT** | | | | |
| THE PALMS CASINO RESORT ATTN: CASINO CREDIT PO BOX 30428 Las Vegas, NV 89195-8205 | - | | | | | | | 5,000.00 |
| Account No. **CA0309** | | | | **Construction Debt** | | | | |
| TIBERTI MINI STORAGE 1806 INDUSTRIAL RD. LAS VEGAS, NV 89102 | - | | | | | | | 170.00 |
| Account No. **xxxxxxxx and xxxx7525** | | | | **Equipment Lease** | | | | |
| TIME PAYMENT CORP. 10-M COMMERCE WAY WOBURN, MA 01801 | - | | | | | | | 40,632.00 |
| Account No. | | | | **Construction Debt** | | | | |
| TOO MANY AMPS DOT COM, LLC 3220 PEPPER LANE LAS VEGAS, NV 89120 | - | | | | | | X | 25,288.24 |
| Account No. | | | | **Trade debt** | | | | |
| TRADITIONAL BUILDING P.O. BOX 3000 DENVILLE, NJ 07834-3000 | - | | | | | | | 21.95 |

Sheet no. _**32**_ of _**35**_ sheets attached to Schedule of          Subtotal          71,112.19
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

Official Form 6F (10/06) - Cont.

In re    **FRENCH QUARTER, INC.**                                    Case No. __07-51126-GWZ__

Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxxxxxx0615**<br><br>TRS RECOVERY SERVICES, INC.<br>WALMART NO 5070<br>PO BOX 4812<br>Houston, TX 77210-4812 | - | | | **TRADE DEBT** | | | | 272.27 |
| Account No. **xx-xxx5851**<br><br>US FOODSERVICE<br>1685 W CHEYENNE AVE<br>NORTH LAS VEGAS, NV 89032 | - | | | Trade debt | | | | 11,639.33 |
| Account No.<br><br>VAL PETERSON<br>302 WEST 5TH STREET<br>STE 310<br>SAN PEDRO, CA 90731 | - | | | Trade debt | | | | 154,000.00 |
| Account No. **Inv. #119**<br><br>VEGAS AD LITE<br>900 HIDDEN PALMS PKWY<br>LAS VEGAS, NV 89123 | - | | | Trade debt | | | | 225.00 |
| Account No.<br><br>VEP HOLDINGS<br>302 WEST 5TH STREET<br>San Pedro, CA 90731 | - | | | LOAN | | | | 404,000.00 |

Sheet no. __33__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    570,136.60

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **FRENCH QUARTER, INC.**                                Case No.  **07-51126-GWZ**
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Job #'s xxxxxx and xx2171** | | | | **Construction Debt** | | | | |
| VORTEX 4175 CAMERON STREET STE. 6 LAS VEGAS, NV 89101 | | - | | | | | | 2,387.52 |
| Account No. | | | | **Trade debt** | | | | |
| WARREN TECHNICAL SERVICES 290 RICKENBACKER CIR #400 LIVERMORE, CA 94551 | | - | | | | | | 294.00 |
| Account No. **Men's Club** | | | | **TRADE DEBT** | | | | |
| WHAT'S ON 980 KELLY JOHNSON DRIVE SUITE 100 Las Vegas, NV 89119 | | - | | | | | | 3,500.00 |
| Account No. **French Quarter** | | | | **Construction Debt** | | | | |
| WILMAR CONTRACTING, INC. 4525 W. HACIENDA AVE. SUITE 1 LAS VEGAS, NV 89118 | | - | | | | | | 41,281.72 |
| Account No. | | | | **Trade debt** | | | | |
| YELLOW BOOK USA 8344 CLAIRMONT MESA BOULEVARD SAN DIEGO, CA 92111 | | - | | | | | | 442.77 |

Sheet no. __34__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          **47,906.01**

Official Form 6F (10/06) - Cont.

In re    **FRENCH QUARTER, INC.**                                      Case No.    **07-51126-GWZ**
_____
                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx4676** | | | | Trade debt | | | | |
| ZEE MEDICAL SERVICE CO. 1618 W. OAKEY BLVD. LAS VEGAS, NV 89102-2612 | - | | | | | | | 1,403.28 |
| Account No. **Men's Club** | | | | Trade debt | | | | |
| ZIMMERMAN'S BAKERY 6658 BOULDER HIGHWAY SUITE 7 LAS VEGAS, NV 89122 | - | | | | | | X | 298.67 |
| Account No. | | | | Trade debt | | | | |
| ZLAGODA PARTNERSHIP 17530 CANDIA ST. GRANADA HILLS, CA 91344 | - | | | | | | | 1,690.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __35__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 3,391.95 |
|---|---|---|
|  | Total (Report on Summary of Schedules) | 8,561,249.83 |