**ANGELIQUE CLARK**
P.O. Box 50070
Sparks, Nevada 89435
Telephone (775) 626-7083
Telefax (775) 626-7082

**E-mail: aclarkttee@hotmail.com**

Trustee

Electronically Filed on July 1, 2009

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

IN RE:

FRENCH QUARTER, INC.

          Debtor(s)

                       /

Chapter 7
Case No. 07-51126 GWZ

PETITION FOR PAYMENT OF ADMINISTRATIVE EXPENSE PROFESSIONAL PERSON'S COMPENSATION

HEARING DATE: July 28, 2009
AND TIME:        2:00 p.m.

       COMES NOW Mike Williams of Strong, McPherson & Company by and through the Trustee in bankruptcy, Angelique L. Clark, who has performed accounting services on behalf of the above-captioned estate, and makes application for an allowance of compensation for professional services and expenses incurred in such capacity, and in support of this application represents and shows:

       1. That he was appointed accountant pursuant to an order of this Court on December 13, 2007.

       2. That attached is a detailed statement of the services rendered by this applicant in connection with the preparation of the 2006 and 2007 corporate payroll reports and compiling and information to file the federal tax returns.

       3. That upon the basis of said statement of services and expenses, applicant seeks an allowance for compensation in the amount of $31,385.00.

4. The rates charged by Mike Williams of Strong, McPherson & Company are within the normal hourly rates charged by other professionals on matters of the types at $150.00 per hour for partner and $175.00 for staff accountant.

5. There has been no other awards of compensation. No agreement or understanding exists between Mike Williams or any member of the firm of Strong, McPherson & Company , written or oral, express or implied, with debtor, Trustee, or any other party in interest, or any attorney of any such persons, for the sharing of compensation sought herein.

**WHEREFORE,** applicant prays that Mike Williams of Strong, McPherson & Company be allowed compensation and reimbursement of expenses in connection with the administration of this estate, in the amounts above stated, or such other amount as the Court deems appropriate.

DATED: July 1, 2009

/s/ Angelique Clark
Angelique L.. Clark- Trustee

Approved/ Disapproved by the
Office of the U.S. Trustee

BY:_/s/ Nicholas Strozza- Emailed consent_

Dated:__July 1, 2009_____

# STRONG McPHERSON & COMPANY
## Certified Public Accountants

**RENO:**
Danny R. Strong, CPA
Edna K. Helmers, CPA

5865 Tyrone Road Suite 102
Reno, NV 89502
Tele. (775) 826-9400
Fax (775) 826-9266

Members
American Institute of Certified Public Accountants

**CARSON CITY:**
Samuel T. Cook, CPA
Michael L. Williams, CPA

202 South Pratt Avenue
Carson City, NV 89701
Tele. (775) 882-4460
Fax  (775) 882-4531

**FRENCH QUARTER**
**BILLING SUMMARY**

| | | Hourly Rate | Total |
|---|---|---|---|
| 30-Sep-08 | | | |
| TOTAL HOURS per worksheet | 193.8 | $150 | $29,070.00 |
| | | | |
| Additional expenses: | | | |
| Bookkeeping firm for preparation of W-2 and year end payroll reports | | | $2,315.00 |
| | | | |
| **TOTAL** | | | **$31,385.00** |

Summarized per task:

Payroll (summarize 4 quarters, W-2 and W-3 preparation, Form 940 and 941 preparation, answer questions re: W-2s and payroll
    60.1 hours @$150      $9,015.00
    Bookkeeping firm      2,315.00
                        11,330.00

Tax return for 2006 and 2007
    37.3 hours @$150      5,595.00

Accounting
    Various conferences with client, atty, other CPA's, cash flow statements, trace loan and cash receipt activities, account analysis
    96.4 hours @ $150      14,460.00
                        $31,385.00

# STRONG McPHERSON & COMPANY
## Certified Public Accountants

**RENO:**
Danny R. Strong, CPA
Edna K. Helmers, CPA

5865 Tyrone Road  Suite 102
Reno, NV 89502
Tele. (775) 826-9400
Fax (775) 826-9266

Members
American Institute of Certified Public Accountants

**CARSON CITY:**
Samuel T. Cook, CPA
Michael L. Williams, CPA

202 South Pratt Avenue
Carson City, NV 89701
Tele. (775) 882-4460
Fax  (775) 882-4531

FRENCH QUARTER
BILLING SUMMARY

30-Sep-08

|  | Hourly Rate | Total |
|---|---|---|
| TOTAL HOURS per worksheet | 193.8  $150 | $29,070.00 |

Additional expenses:
  Bookkeeping firm for preparation
  of W-2 and year end payroll
  reports                                                       $2,315.00

TOTAL                                                          $31,385.00

Summarized per task:

Payroll (summarize 4 quarters, W-2 and W-3
   preparation, Form 940 and 941 preparation,
   answer questions re: W-2s and payroll
       60.1 hours @$150                                          $9,015.00
       Bookkeeping firm                                           2,315.00
                                                                11,330.00

Tax return for 2006 and 2007
       37.3 hours @$150                                           5,595.00

Accounting
   Various conferences with client, atty,
   other CPA's, cash flow statements, trace
   loan and cash receipt activities, account
   analysis
       96.4 hours @ $150                                         14,460.00
                                                                $31,385.00

```
08/04/08                              STRONG McPHERSON & CO.                              Page: 31
16:23:39                          Firm Billing Worksheet by Engagement
                                            July 31, 2008
```

ZC301 FRENCH QUARTER INC ~~/ SYLVESTER & POLEDNAK, LTD.~~      *New address*      Standard Amount    0.00
~~2371 PRAIRIE FALCON / STE 120~~                              *270 N Lake Street*   Adjustment         0.00
~~LAS VEGAS, NEVADA  89128~~           Bus: 702-952-5200   Hme:
    Engagement: Standard Engagement                           *Reno  89501-*      YTD Billed          0.00
    Partner: 104 WILLIAMS^MICHAEL L.   Manager: 104 WILLIAMS^MICHAEL L.

| Billed:    | Oct  | Nov  | Dec  | Jan  | Feb  | Mar  | Apr  | May  | Jun  | Jul  | Aug  | Sep  |
|------------|------|------|------|------|------|------|------|------|------|------|------|------|
| Prior Year | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Current Yr | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Date | Emp Int | S/C Service Description | Trx Description | Hours | Bill Amt | Std? |
|------|---------|-------------------------|-----------------|-------|----------|------|
| 01/25/08 | 104 MLW | 125 PREP OF PYRLL/SALES TAX RPTS | P/R | 2.00 | | |
| 01/26/08 | 104 MLW | 125 PREP OF PYRLL/SALES TAX RPTS | SUMMARIZE PAYROLL | 3.00 | | |
| 01/28/08 | 104 MLW | 125 PREP OF PYRLL/SALES TAX RPTS | SUMMARIZE | 7.00 | | |
| 01/29/08 | 104 MLW | 125 PREP OF PYRLL/SALES TAX RPTS | W-2 | 9.00 | | |
| 01/30/08 | 104 MLW | 125 PREP OF PYRLL/SALES TAX RPTS | W-2 & PR TXS | 9.00 | | |
| 01/31/08 | 104 MLW | 125 PREP OF PYRLL/SALES TAX RPTS | W-2'S | 9.00 | | |
| 02/01/08 | 104 MLW | 125 PREP OF PYRLL/SALES TAX RPTS | *PR* | 4.00 | | |
| 02/05/08 | 104 MLW | 125 PREP OF PYRLL/SALES TAX RPTS | P/R & W-2'S | 0.50 | | |
| 02/26/08 | 104 MLW | 125 PREP OF PYRLL/SALES TAX RPTS | P/R ?? | 1.50 | | |
|          |         | 125 Subtotal |  | 45.00 | | |
| 11/29/07 | 713 TLS | 140 NEW CLIENT SET-UP PROCEDURES | | 0.20 | | |
|          |         | 140 Subtotal |  | 0.20 | | |
| 01/16/08 | 104 MLW | 190 CONFERENCE W/CLIENT - ACCTG | OCW BEN | 1.70 | | |
| 01/17/08 | 104 MLW | 190 CONFERENCE W/CLIENT - ACCTG | TLF JAMES | 0.50 | | |
| 01/18/08 | 104 MLW | 190 CONFERENCE W/CLIENT - ACCTG  READ BANKRUPTCY DOCUMENTS | | 1.00 | | |
| 01/21/08 | 104 MLW | 190 CONFERENCE W/CLIENT - ACCTG | TLF CLEVE; REVIEW Q | 4.00 | | |
| 01/22/08 | 104 MLW | 190 CONFERENCE W/CLIENT - ACCTG | "    " *Report* | 4.50 | | |
| 01/23/08 | 104 MLW | 190 CONFERENCE W/CLIENT - ACCTG | REPORT | 6.00 | | |
| 01/24/08 | 104 MLW | 190 CONFERENCE W/CLIENT - ACCTG | REPORT | 9.00 | | |
|          |         | 190 Subtotal |  | 26.70 | | |
| 03/17/08 | 713 TLS | 192 ADDITIONAL WORK | W-2'S | 0.40 | | |
| 03/27/08 | 713 TLS | 192 ADDITIONAL WORK | W-2 STUFF | 0.30 | | |
| 04/10/08 | 713 TLS | 192 ADDITIONAL WORK | W-2 | 0.20 | | |
|          |         | 192 Subtotal |  | 0.90 | | |
| 11/28/07 | 104 MLW | 198 OTHER ACCOUNTING SERVICES | TLF ATTY | 2.00 | | |
| 02/06/08 | 104 MLW | 198 OTHER ACCOUNTING SERVICES | *W-2 TLF Cleve* | 0.50 | | |
| 02/07/08 | 104 MLW | 198 OTHER ACCOUNTING SERVICES | *Report* | 2.00 | | |
| 02/08/08 | 104 MLW | 198 OTHER ACCOUNTING SERVICES | TLF CLEAVE W-2 | 0.50 | | |
| 02/09/08 | 104 MLW | 198 OTHER ACCOUNTING SERVICES  BOUNCED CHECKS;P/R ACCRUAL | | 5.00 | | |
| 02/11/08 | 104 MLW | 198 OTHER ACCOUNTING SERVICES | REPORTS | 4.00 | | |
| 02/12/08 | 104 MLW | 198 OTHER ACCOUNTING SERVICES | P/R ?? | 1.00 | | |
| 02/13/08 | 104 MLW | 198 OTHER ACCOUNTING SERVICES | P/R; TLF ATTY | 1.50 | | |
| 02/14/08 | 104 MLW | 198 OTHER ACCOUNTING SERVICES | P/R ?? | 2.00 | | |
| 02/15/08 | 104 MLW | 198 OTHER ACCOUNTING SERVICES | P/R | 1.00 | | |
| 02/16/08 | 104 MLW | 198 OTHER ACCOUNTING SERVICES | TRACE LIABILITIES | 2.00 | | |
| 02/19/08 | 104 MLW | 198 OTHER ACCOUNTING SERVICES | TRACING | 1.50 | | |

```
05/04/08                          STRONG McPHERSON & CO.                              Page: 32
16:23:39                        Firm Billing Worksheet by Engagement
                                          July 31, 2008
```

ZC301 FRENCH QUARTER INC    Standard Engagement (continued)

| Date | Emp Int | S/C Service Description | Trx Description | Hours | Bill Amt | Std? |
|---|---|---|---|---|---|---|
| 02/20/08 | 104 MLW | 198 OTHER ACCOUNTING SERVICES | CCW CLEAVE | 1.50 | | |
| 02/23/08 | 104 MLW | 198 OTHER ACCOUNTING SERVICES | REPORT | 6.00 | | |
| 02/25/08 | 104 MLW | 198 OTHER ACCOUNTING SERVICES | Report | 5.00 | | |
| 02/26/08 | 104 MLW | 198 OTHER ACCOUNTING SERVICES | CASH FLOW | 3.50 | | |
| 02/27/08 | 104 MLW | 198 OTHER ACCOUNTING SERVICES | CASH FLOW | 4.50 | | |
| 02/28/08 | 104 MLW | 198 OTHER ACCOUNTING SERVICES | Report | 2.00 | | |
| 03/05/08 | 104 MLW | 198 OTHER ACCOUNTING SERVICES | TLF BEN, CLEVE | 0.50 | | |
| 03/10/08 | 104 MLW | 198 OTHER ACCOUNTING SERVICES | DLT ATTY | 0.50 | | |
| 03/12/08 | 104 MLW | 198 OTHER ACCOUNTING SERVICES | P/R | 1.00 | | |
| 03/12/08 | 104 MLW | 198 OTHER ACCOUNTING SERVICES | REQUEST CHANGES | 1.50 | | |
| 03/13/08 | 104 MLW | 198 OTHER ACCOUNTING SERVICES | REPORT | 1.00 | | |
| 03/14/08 | 104 MLW | 198 OTHER ACCOUNTING SERVICES | P/R | 2.00 | | |
| 03/15/08 | 104 MLW | 198 OTHER ACCOUNTING SERVICES | FINISH CASH FLOW | 2.00 | | |
| 03/18/08 | 104 MLW | 198 OTHER ACCOUNTING SERVICES | TLF Cleve | 0.50 | | |
| 03/22/08 | 104 MLW | 198 OTHER ACCOUNTING SERVICES | INTER PAYCHECKS? | 2.50 | | |
| 03/24/08 | 104 MLW | 198 OTHER ACCOUNTING SERVICES | P/R | 1.00 | | |
| 03/25/08 | 104 MLW | 198 OTHER ACCOUNTING SERVICES | P/R PROBLEMS | 0.50 | | |
| 03/27/08 | 104 MLW | 198 OTHER ACCOUNTING SERVICES | P/R RESEARCH | 2.00 | | |
| 04/04/08 | 104 MLW | 198 OTHER ACCOUNTING SERVICES | P/R | 0.50 | | |
| 04/07/08 | 104 MLW | 198 OTHER ACCOUNTING SERVICES | P/R | 1.00 | | |
| 05/08/08 | 104 MLW | 198 OTHER ACCOUNTING SERVICES | Cash Flow | 2.50 | | |
| 05/09/08 | 104 MLW | 198 OTHER ACCOUNTING SERVICES | Cash Flow | 2.00 | | |
| 05/12/08 | 104 MLW | 198 OTHER ACCOUNTING SERVICES | REPORT | 2.00 | | |
| 5/13/08 | 104 MLW | 198 OTHER ACCOUNTING SERVICES | REPORT | 2.00 | | |
| 5/22/08 | 104 MLW | 198 OTHER ACCOUNTING SERVICES | Report | 4.00 | | |
| 05/29/08 | 104 MLW | 198 OTHER ACCOUNTING SERVICES | Report LOOK FOR FILES | 2.00 | | |
| 06/17/08 | 104 MLW | 198 OTHER ACCOUNTING SERVICES | TLF ATTYS CLEVE | 0.70 | | |
| 06/18/08 | 104 MLW | 198 OTHER ACCOUNTING SERVICES | ATTY CONCERNS | 2.50 | | |
| 06/19/08 | 104 MLW | 198 OTHER ACCOUNTING SERVICES | Report | 1.50 | | |
| 06/21/08 | 104 MLW | 198 OTHER ACCOUNTING SERVICES | Report | 1.00 | | |
| 07/22/08 | 104 MLW | 198 OTHER ACCOUNTING SERVICES | TB TO BEN | 2.00 | | |
| | | | | 1.50 | | |
| | | 198 Subtotal | | 83.70 | | |
| 05/19/08 | 104 MLW | 202 TAX PREPARATION - CORPORATION | 1120S | 0.80 | | |
| 05/27/08 | 104 MLW | 202 TAX PREPARATION - CORPORATION | 2006 1120S | 3.00 | | |
| 05/28/08 | 104 MLW | 202 TAX PREPARATION - CORPORATION | 1120S & TLF CLEVE | 1.50 | | |
| 06/02/08 | 104 MLW | 202 TAX PREPARATION - CORPORATION | 1120S: TLF CLEVE | 2.00 | | |
| 06/03/08 | 104 MLW | 202 TAX PREPARATION - CORPORATION | 1120S | 3.00 | | |
| 06/05/08 | 104 MLW | 202 TAX PREPARATION - CORPORATION | 2006 | 6.00 | | |
| 06/06/08 | 104 MLW | 202 TAX PREPARATION - CORPORATION | 1120S | 5.00 | | |
| 06/09/08 | 104 MLW | 202 TAX PREPARATION - CORPORATION | " | 5.00 | | |
| 06/10/08 | 104 MLW | 202 TAX PREPARATION - CORPORATION | " | 6.00 | | |
| 06/11/08 | 104 MLW | 202 TAX PREPARATION - CORPORATION | " | 5.00 | | |
| | | 202 Subtotal | | 37.30 | | |