1  ANGELIQUE LAMBERTI -CLARK
   P.O. Box 50026
2  Sparks, Nevada  89435
   775-626-7083
3  E-mail: aclarkttee@hotmail.com

4  Trustee

RECEIVED
AND FILED

16 APR 5 PM 3 10

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

(cly)

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

RE:                                    Case No.:  07-51126 GWZ

FRENCH QUARTER, INC              Chapter 11
   A Nevada Corporation

         Debtor(s)              **NOTICE OF UNCLAIMED FUNDS**
_____/

TO THE CLERK, U.S. BANKRUPTCY COURT:

   Please find attached check(s) representing the total amount of unclaimed dividend(s) in the above entitled estate which will create a zero balance in the bank account.  Said sums are paid over pursuant to 11 USC §347(a),  Trustee's Joint Disclosure Statement and Plan (ECF Dkt No. 1520 at Pg 26 ¶ E), and the  Plan Confirmation Order (ECF Dkt No. 1540). The names(s) and address(es) of the claimants entitled to said dividend(s)  are detailed on the Exhibit A attached hereto and made a part hereof.

Dated the 5th day of April, 2016.

                              _____
                              ANGELIQUE LAMBERTI -CLARK- Trustee

$12,328.26
#95321

*EXHIBIT A*

| Date | Claim # | Payee | | Amount | Acct # | Check | Int Dist | Amount | Placed w/ Court as Unclaimed Funds |
|---|---|---|---|---|---|---|---|---|---|
| | D-NCL-OJ | YOON, JOON II -Fun | $ | 2,769.22 | $ | - | | | |
| 10/12/2015 | D-NCL-OJ | CLERK, U | CHK | $ 2,769.22 | 5000647867 | 21050 | | $ 2,769.22 | $ 2,769.22 |
| | 2 -1 | E&E FIRE PROTECT | $ | 90.00 | | | | | |
| 10/7/2009 | 2 -1 | E&E FIRE | CHK | $ 36.00 | 312194758066 | 113 | 1st | | |
| 5/14/2014 | 2 -1 | E&E FIRE | STP | $ (13.50) | 5000647866 | 21036 | 2nd | | |
| 10/8/2015 | 2 -1 | E&E FIRE | STP | $ (13.50) | 5000647867 | 21015 | 2nd | $ 13.50 | |
| 12/29/2015 | 2 -1 | E&E FIRE | STP | $ (3.40) | 5000647866 | 21169 | 3rd | $ 3.40 | $ 16.90 |
| | 16 -1 | DIAMONDBACK INS | $ | 7,800.00 | | | | | |
| 10/7/2009 | 16 -1 | Diamondb | CHK | $ 3,120.00 | 312194758066 | 117 | 1st | | |
| 5/14/2014 | 16 -1 | DIAMOND | STP | $ 1,169.26 | 5000647866 | 21045 | 2nd | $ 1,169.26 | |
| 12/30/2015 | 16 -1 | DIAMOND | STP | $ 295.66 | 5000647866 | 21178 | 3rd | $ 295.66 | |
| 10/9/2015 | 16 -1 | CLERK, U | VOID | $ 1,169.26 | 5000647867 | 21030 | 2nd | | $ 1,464.92 |
| | 20 -1 | Lighting Design Cor | $ | 3,900.00 | | | | | |
| 10/7/2009 | 20 -1 | Lighting D | CHK | $ 1,560.00 | 312194758066 | 120 | 1st | | |
| 5/14/2014 | 20 -1 | Lighting D | STP | $ (584.63) | 5000647866 | 21049 | 2nd | $ 584.63 | |
| 10/9/2015 | 20 -1 | CLERK, U | VOID | $ 584.63 | 5000647867 | 21035 | 2nd | | |
| 12/30/2015 | 20 -1 | Lighting D | STP | $ 147.83 | 5000647866 | 21182 | 3rd | $ 147.83 | $ 732.46 |
| | 26 -1 | ROSE BRAND | $ | 241.37 | | | | | |
| 10/7/2009 | 26 -1 | Rose Bran | CHK | $ 96.55 | 312194758066 | 127 | 1st | | |
| 5/14/2014 | 26 -1 | ROSE BR | STP | $ (36.18) | 5000647866 | 21057 | 2nd | | |
| 10/8/2015 | 26 -1 | ROSE BR | VOID | $ 36.18 | 5000647867 | 21014 | 2nd | | |
| 12/29/2015 | 26 -1 | ROSE BR | STP | $ (9.15) | 5000647866 | 21190 | 3rd | $ 9.15 | $ 9.15 |
| | 60 -1 | ZIMMERMAN'S BAK | $ | 399.80 | | | | | |
| 10/7/2009 | 60 -1 | ZIMMERM | CHK | $ 159.92 | 312194758066 | 133 | 1st | | |
| 5/14/2014 | 60 -1 | ZIMMERM | CHK | $ 59.93 | 5000647866 | 21064 | 2nd | | |
| 12/29/2015 | 60 -1 | ZIMMERM | STP | $ 15.16 | 5000647866 | 21197 | 3rd | $ 15.16 | $ 15.16 |
| | 71 -1 | CENTRAL TELEPHO | $ | 2,475.21 | | | | | |
| 10/7/2009 | 71 -1 | CENTRAL | CHK | $ 990.08 | 312194758066 | 135 | 1st | | |
| 5/14/2014 | 71 -1 | CENTRAL | STP | $ 371.05 | 5000647866 | 21069 | 2nd | $ 371.05 | |
| 10/9/2015 | 71 -1 | CLERK, U | VOID | $ 371.05 | 5000647867 | 21031 | 2nd | | |
| 12/30/2015 | 71 -1 | CENTRAL | STP | $ 93.82 | 5000647866 | 21202 | 3rd | $ 93.82 | $ 464.87 |
| | NC7 -1 | ALCAN | | $ 200.42 | | | | | |
| 10/7/2009 | NC7 -1 | ALCAN | CHK | $ 80.17 | 312194758066 | 140 | 1st | | |
| 5/14/2014 | NC7 -1 | ALCAN | CHK | $ 30.04 | 5000647866 | 21078 | 2nd | | |
| 12/29/2015 | NC7 -1 | ALCAN | STP | $ 7.60 | 5000647866 | 21211 | 3rd | $ 7.60 | $ 7.60 |

| Date | Description | | Amount | Ref | Num | Dist | | Paid | Total |
|---|---|---|---:|---|---|---|---|---:|---:|
| | **NC15 -1 ELLE DECOR** | $ | 10.00 | | | | | | |
| 10/7/2009 | NC15 -1 ELLE DEC CHK | $ | 4.00 | 312194758066 | 151 | 1st | | | |
| 5/14/2014 | NC15 -1 ELLE DEC STP | $ | 1.50 | 5000647866 | 21085 | 2nd | $ | 1.50 | |
| 10/9/2015 | NC15 -1 CLERK, U VOID | $ | 1.50 | 5000647867 | 21032 | 2nd | | | |
| 12/30/2015 | NC15 -1 ELLE DEC STP | $ | 0.38 | 5000647866 | 21219 | 3rd | $ | 0.38 | $ 1.88 |
| | **NC16 -1 DESERT MEATS AN** | $ | 1,720.68 | | | | | | |
| 10/7/2009 | NC16 -1 DESERT N CHK | $ | 688.27 | 312194758066 | 152 | 1st | | | |
| 5/14/2014 | NC16 -1 DESERT N STP | $ | 257.94 | 5000647866 | 21086 | 2nd | $ | 257.94 | |
| 10/8/2015 | NC16 -1 DESERT N VOI | $ | 257.94 | 5000647867 | 21019 | 2nd | | | |
| 12/21/2015 | NC16 -1 CLERK, U VOID | $ | 257.94 | 5000647867 | 21052 | 2nd | | | |
| 12/30/2015 | NC16 -1 DESERT N STP | $ | 65.22 | 5000647866 | 21220 | 3rd | $ | 65.22 | $ 323.16 |
| | **NC17 -1 DESERT POULTRY** | $ | 252.08 | | | | | | |
| 10/7/2009 | NC17 -1 DESERT F CHK | $ | 100.83 | 312194758066 | 153 | 1st | | | |
| 5/14/2014 | NC17 -1 DESERT F STP | $ | 37.79 | 5000647866 | 21087 | 2nd | $ | 37.79 | |
| 10/8/2015 | NC17 -1 DESERT F VOI | $ | 37.79 | 5000647867 | 21020 | 2nd | | | |
| 12/21/2015 | NC17 -1 CLERK, U VOID | $ | 37.79 | 5000647867 | 21051 | 2nd | | | |
| 12/30/2015 | NC17 -1 DESERT F STP | $ | 9.56 | 5000647866 | 21221 | 3rd | $ | 9.56 | $ 47.35 |
| | **NC27 -1 MIKUNI WILD HARV** | $ | 5,638.05 | | | | | | |
| 10/7/2009 | NC27 -1 MIKUNI W CHK | $ | 2,255.22 | 312194758066 | 167 | 1st | | | |
| 5/14/2014 | NC27 -1 MIKUNI W STP | $ | 845.17 | 5000647866 | 21096 | 2nd | $ | 845.17 | |
| 10/9/2015 | NC27 -1 CLERK, U VOID | $ | 845.17 | 5000647867 | 21038 | 2nd | | | |
| 12/30/2015 | NC27 -1 MIKUNI W STP | $ | 213.72 | 5000647866 | 21230 | 3rd | $ | 213.72 | $ 1,058.89 |
| | **NC32 -1 OLD HOUSE** | $ | 19.97 | | | | | | |
| 12/13/2010 | NC32 -1 OLD HOU CHK | $ | 7.99 | 92000194758066 | 10235 | 1st | | | |
| 5/14/2014 | NC32 -1 OLD HOU CHK | $ | 2.99 | 5000647866 | 21101 | 2nd | | | |
| 12/29/2015 | NC32 -1 OLD HOU STP | $ | 0.76 | 5000647866 | 21235 | 3rd | $ | 0.76 | $ 0.76 |
| | **NC39 -1 RESTAURANT NEW** | $ | 44.95 | | | | | | |
| 10/7/2009 | NC39 -1 RESTAUR CHK | $ | 17.98 | 312194758066 | 178 | 1st | | | |
| 5/14/2014 | NC39 -1 RESTAUR STP | $ | 6.74 | 5000647866 | 21107 | 2nd | $ | 6.74 | |
| 10/9/2015 | NC39 -1 CLERK, U VOID | $ | 6.74 | 5000647867 | 21041 | 2nd | | | |
| 12/30/2015 | NC39 -1 RESTAUR STP | $ | 1.70 | 5000647866 | 21241 | 3rd | $ | 1.70 | $ 8.44 |
| | **NC51 -1 TRS RECOVERY SE** | $ | 272.27 | | | | | | |
| 10/7/2009 | NC51 -1 TRS REC( CHK | $ | 108.91 | 312194758066 | 193 | 1st | | | |
| 5/14/2014 | NC51 -1 TRS REC( CHK | $ | 40.81 | 5000647866 | 21117 | 2nd | | | |
| 12/29/2015 | NC51 -1 TRS REC( STP | $ | 10.32 | 5000647866 | 21251 | 3rd | $ | 10.32 | $ 10.32 |
| | **NC53 -1 VEGAS AD LIGHT** | $ | 225.00 | | | | | | |
| 10/7/2009 | NC53 -1 VEGAS AI CHK | $ | 90.00 | 312194758066 | 194 | 1st | | | |
| 5/14/2014 | NC53 -1 VEGAS AI STP | $ | 33.73 | 5000647866 | 21119 | 2nd | $ | 33.73 | |
| 10/9/2015 | NC53 -1 CLERK, U VOID | $ | 33.73 | 5000647867 | 21046 | 2nd | | | |
| 12/30/2015 | NC53 -1 VEGAS AI STP | $ | 8.53 | 5000647866 | 21253 | 3rd | $ | 8.53 | $ 42.26 |

| Date | Account | Description | | Amount | Ref | Num | Dist | | Paid | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **NC57 -1** | **WHATS ON** | $ | 3,500.00 | | | | | | | |
| 10/7/2009 | NC57 -1 | WHATS O CHK | $ | 1,400.00 | 312194758066 | 198 | 1st | | | | |
| 5/14/2014 | NC57 -1 | WHATS O STP | $ | 524.67 | 5000647866 | 21123 | 2nd | $ | 524.67 | | |
| 10/9/2015 | NC57 -1 | CLERK, U VOID | $ | 524.67 | 5000647867 | 21047 | 2nd | | | | |
| 12/30/2015 | NC57 -1 | WHATS O STP | $ | 132.67 | 5000647866 | 21257 | 3rd | $ | 132.67 | $ | 657.34 |
| | **NC58 -1** | **YELLOWBOOK** | $ | 442.77 | | | | | | | |
| 10/7/2009 | NC58 -1 | YELLOWE CHK | $ | 177.11 | 312194758066 | 199 | 1st | | | | |
| 5/14/2014 | NC58 -1 | YELLOWE STP | $ | 66.37 | 5000647866 | 21124 | 2nd | $ | 66.37 | | |
| 10/9/2015 | NC58 -1 | CLERK, U VOID | $ | 66.37 | 5000647867 | 21048 | 2nd | | | | |
| 12/30/2015 | NC58 -1 | YELLOWE STP | $ | 16.78 | 5000647866 | 21258 | 3rd | $ | 16.78 | $ | 83.15 |
| | **BNC46--** | **STITCH IT ON INC** | $ | 1,650.00 | | | | | | | |
| 10/7/2009 | BNC46-- | STITCH IT STP | $ | 660.00 | 312194758066 | 187 | 1st | $ | 660.00 | | |
| 5/14/2014 | BNC46-- | STITCH IT STP | $ | 247.34 | 5000647866 | 21133 | 2nd | $ | 247.34 | | |
| 10/9/2015 | BNC46-- | CLERK, U VOID | $ | 907.34 | 5000647867 | 21044 | 1st & 2nd | | | | |
| 12/30/2015 | BNC46-- | STITCH IT STP | $ | 62.55 | 5000647866 | 21265 | 3rd | $ | 62.55 | $ | 969.89 |
| | **BNC66--** | **ALL ABOUT PRODU** | $ | 1,251.02 | | | | | | | |
| 10/7/2009 | BNC66-- | ALL ABOU STP | $ | 500.41 | 312194758066 | 141 | 1st | $ | 500.41 | | |
| 5/14/2014 | BNC66-- | ALL ABOU STP | $ | 187.53 | 5000647866 | 21135 | 2nd | $ | 187.53 | | |
| 10/9/2015 | BNC66-- | CLERK, U VOID | $ | 687.94 | 5000647867 | 21027 | 1st & 2nd | | | | |
| 12/30/2015 | BNC66-- | ALL ABOU STP | $ | 47.42 | 5000647866 | 21267 | 3rd | $ | 47.42 | $ | 735.36 |
| | **BNC67--** | **ARROW EXTERMIN/** | $ | 145.00 | | | | | | | |
| 10/7/2009 | BNC67-- | ARROW E STP | $ | 58.00 | 312194758066 | 142 | 1st | $ | 58.00 | | |
| 5/14/2014 | BNC67-- | ARROW E STP | $ | 21.74 | 5000647866 | 21136 | 2nd | $ | 21.74 | | |
| 10/9/2015 | BNC67-- | CLERK, U VOID | $ | 79.74 | 5000647867 | 21028 | 1st & 2nd | | | | |
| 12/30/2015 | BNC67-- | ARROW E STP | $ | 5.49 | 5000647866 | 21268 | 3rd | $ | 5.49 | $ | 85.23 |
| | **BNC70--** | **GO FAST NEVADA** | $ | 792.00 | | | | | | | |
| 10/7/2009 | BNC70-- | GO FAST STP | $ | 316.80 | 312194758066 | 155 | 1st | $ | 316.80 | | |
| 5/14/2014 | BNC70-- | GO FAST STP | $ | 118.72 | 5000647866 | 21139 | 2nd | $ | 118.72 | | |
| 10/9/2015 | BNC70-- | CLERK, U CHK | $ | 435.52 | 5000647867 | 21033 | 1st & 2nd | | | | |
| 12/30/2015 | BNC70-- | GO FAST STP | $ | 30.03 | 5000647866 | 21271 | 3rd | $ | 30.03 | $ | 465.55 |
| | **BNC71--** | **MEDIA UNDERGROU** | $ | 550.00 | | | | | | | |
| 10/7/2009 | BNC71-- | MEDIA UN STP | $ | 220.00 | 312194758066 | 162 | 1st | $ | 220.00 | | |
| 5/14/2014 | BNC71-- | MEDIA UN STP | $ | 82.45 | 5000647866 | 21140 | 2nd | $ | 82.45 | | |
| 10/9/2015 | BNC71-- | CLERK, U VOID | $ | 302.45 | 5000647867 | 21036 | 1st & 2nd | | | | |
| 12/30/2015 | BNC71-- | MEDIA UN STP | $ | 20.85 | 5000647866 | 21272 | 3rd | $ | 20.85 | $ | 323.30 |

| Date | Code | Description | | Amount | Reference | Num | Period | | Paid | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | BNC72-- | MEDIA VAST | $ | 800.00 | | | | | | | |
| 10/7/2009 | BNC72-- | MEDIA VA STP | $ | 320.00 | 312194758066 | 163 | 1st | $ | 320.00 | | |
| 5/14/2014 | BNC72-- | MEDIA VA STP | $ | 119.92 | 5000647866 | 21141 | 2nd | $ | 119.92 | | |
| 10/9/2015 | BNC72-- | CLERK, U VOID | $ | 439.92 | 5000647867 | 21037 | 1st & 2nd | | | | |
| 12/30/2015 | BNC72-- | MEDIA VA STP | $ | 30.33 | 5000647866 | 21273 | 3rd | $ | 30.33 | $ | 470.25 |
| | BNC73-- | METRO TRUCKING | $ | 352.74 | | | | | | | |
| 10/7/2009 | BNC73-- | METRO TI STP | $ | 141.10 | 312194758066 | 165 | 1st | | | | |
| 5/14/2014 | BNC73-- | METRO TI STP | $ | 52.87 | 5000647866 | 21142 | 2nd | | | | |
| 10/8/2015 | BNC73-- | METRO TI CHK | $ | 193.97 | 5000647867 | 21024 | 1st & 2nd | | | | |
| 12/29/2015 | BNC73-- | METRO TI STP | $ | 13.37 | 5000647866 | 21274 | 3rd | $ | 13.37 | $ | 13.37 |
| | BNC74 -- | RJB EQUIPMENT | $ | 1,596.86 | | | | | | | |
| 10/7/2009 | BNC74 -- | RJB EQUI STP | $ | 638.74 | 312194758066 | 179 | 1st | $ | 638.74 | | |
| 5/14/2014 | BNC74 -- | RJB EQUI STP | $ | 239.38 | 5000647866 | 21143 | 2nd | $ | 239.38 | | |
| 10/9/2015 | BNC74 -- | CLERK, U VOID | $ | 878.12 | 5000647867 | 21042 | 1st & 2nd | | | | |
| 12/30/2015 | BNC74 -- | RJB EQUI STP | $ | 60.53 | 5000647866 | 21275 | 3rd | $ | 60.53 | $ | 938.65 |
| | BNC74-- | P&P DISTRIBUTING | $ | 455.83 | | | | | | | |
| 12/13/2010 | BNC74-- | P&P DISTI VOI | $ | 182.33 | 92000194758066 | 10237 | 1st | $ | 182.33 | | |
| 5/14/2014 | BNC74-- | P&P DISTI STP | $ | 68.33 | 5000647866 | 21144 | 2nd | $ | 68.33 | | |
| 10/9/2015 | BNC74-- | CLERK, U VOID | $ | 250.66 | 5000647867 | 21039 | 1st & 2nd | | | | |
| 12/30/2015 | BNC74-- | P&P DISTI STP | $ | 17.28 | 5000647866 | 21276 | 3rd | $ | 17.28 | $ | 267.94 |
| | BNC75-- | SAME DAY BANNER | $ | 564.79 | | | | | | | |
| 10/7/2009 | BNC75-- | SAME DA' STP | $ | 225.92 | 312194758066 | 180 | 1st | $ | 225.92 | | |
| 5/14/2014 | BNC75-- | SAME DA' STP | $ | 84.66 | 5000647866 | 21145 | 2nd | $ | 84.66 | | |
| 10/9/2015 | BNC75-- | CLERK, U VOID | $ | 310.58 | 5000647867 | 21043 | 1st & 2nd | | | | |
| 12/30/2015 | BNC75-- | SAME DA' STP | $ | 21.41 | 5000647866 | 21277 | 3rd | $ | 21.41 | $ | 331.99 |
| | BNC76-- | TRADITIONAL BUILI | $ | 21.95 | | | | | | | |
| 10/7/2009 | BNC76-- | TRADITIO STP | $ | 8.78 | 312194758066 | 192 | 1st | $ | 8.78 | | |
| 5/14/2014 | BNC76-- | TRADITIO STP | $ | 3.29 | 5000647866 | 21146 | 2nd | $ | 3.29 | | |
| 10/9/2015 | BNC76-- | CLERK, U VOID | $ | 12.07 | 5000647867 | 21045 | 1st & 2nd | | | | |
| 12/30/2015 | BNC76-- | TRADITIO STP | $ | 0.83 | 5000647866 | 21278 | 3rd | $ | 0.83 | $ | 12.90 |
| | | | | | | | | $ | 12,328.26 | $ | 12,328.26 |
| | | | | | | | | $ | (12,328.26) | | |
| | | | | | | | | $ | - | | |

# *EXHIBIT B*

| | | |
|---|---|---|
| J.oon Yoon III<br>No address was provided | E&E FIRE PROTECTION<br>5678 Lacosta Canyon Ct #100<br>Las Vegas, NV 89139- | DIAMONDBACK INSULATION INC.<br>3950 West Diablo #9<br>Las Vegas, NV 89118- |
| LIGHTING DESIGN CONCEPTS<br>8251 Huxley St.<br>Las Vegas, NV 89123- | ROSE BRAND<br>10616 Lanark St.<br>Sun Valley, CA 91352-4014 | ZIMMERMAN'S BAKERY<br>6658 Boulder Highway Ste 7<br>Las Vegas, NV 89122-7724 |
| CENTRAL TELEPHONE COMPANY<br>DBA: EMBARQ-NEVADA<br>PO BOX 872967<br>KANSAS CITY, MO 64187-2967 | ALCAN<br>3280 Wynn Rd<br>Las Vegas, 89102- | ELLE DECOR<br>POB 55850<br>Boulder, CO 80322- |
| DESERT MEATS AND PROVISIONS<br>4670 Arville Street<br>Las Vegas, NV 89193- | DESERT POULTRY<br>4670 Arville Street<br>Las Vegas, NV 89103- | MIKUNI WILD HARVEST<br>250 H Street<br>Blaine, WA 98230- |
| OLD HOUSE<br>POB 420924<br>Palm Coast, FL 3214-2 | RESTAURANT NEWS<br>POB 5038<br>Brentwood, TN 37024- | TRS RECOVERY SERVICES<br>POB 4812<br>Houston, TX 77210- |
| VEGAS AD LIGHT<br>1416 Sattes<br>Las Vegas, NV 89101- | WHATS ON<br>980 Kelly Johnson Dr #100<br>Las Vegas, NV 89119- | YELLOWBOOK<br>8344 Clairmont Mesa Blvd<br>San Diego, CA 92111- |
| STITCH IT ON INC<br>2000 Las Vegas Blvd. South<br>Las Vegas, NV 89104- | ALL ABOUT PRODUCE<br>3030 N. Lamb Blvd #114<br>Las Vegas, NV 89115- | ARROW EXTERMINATORS<br>5965 Harrison Dr #9<br>Las Vegas, NV 89120- |
| GO FAST NEVADA<br>7388 Kayvani CT<br>Las Vegas, NV 89117- | MEDIA UNDERGROUND<br>3485 W. Harmon Ave #100<br>Las Vegas, NV 89103- | MEDIA VAST<br>POB 13587<br>Newark, NJ 07188- |
| METRO TRUCKING<br>5085 Cecile Ave<br>Las Vegas, NV 89115- | RJB EQUIPMENT<br>4390 S. Polaris Ave<br>Las Vegas, NV 89103- | P&P DISTRIBUTING<br>No Address Provided |
| SAME DAY BANNER<br>6635 S. Eastern Ave #100<br>Las Vegas, NV 89119- | TRADITIONAL BUILDING<br>POB 3000<br>Denville, NJ 07834- | |